Alex Asil Mashiri, Esq. (SBN 283798)
alexmashiri@yahoo.com
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Tel: (858) 348-4938
Fax: (858) 348-4939

Tamim Jami, Esq. (SBN 311351)
tamim@jamilaw.com
**THE JAMI LAW FIRM P.C.**
3525 Del Mar Heights Rd #941
San Diego, CA 92130
Tel: (858) 284-0248
Fax: (858) 284-0977

Attorneys for Plaintiff:
TAWFIQ GAILANI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAWFIQ GAILANI, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIVINT SOLAR INC.<br><br>Defendant.<br>_____ | Case No. 3:17-cv-00368-CAB-MDD<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff TAWFIQ GAILANI ("Plaintiff") and Defendant VIVINT SOLAR INC. have reached a settlement. Plaintiff anticipates filing a motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing this action **with prejudice** as to the Named Plaintiff (*e.g.* individual claims) and **without prejudice** as to the putative Class within 60 days.

Plaintiff respectfully requests that all pleadings and filing requirements applicable to this case, as well as any future scheduled hearings, be vacated.

Respectfully submitted,

DATED: March 10, 2017

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
 Alex Asil Mashiri
 Attorney for Plaintiff
 Tawfiq Gailani