UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAWFIQ S. GAILANI, individually and on behalf of others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>VIVINT SOLAR INC.,<br><br>                        Defendant. | Case No.:  3:17-cv-0368-CAB-(MBB)<br><br>**ORDER ON MOTION TO DISMISS [Doc. No. 8.]** |

On April 1, 2017, Plaintiff Tawfiq Gailani filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  [Doc. No. 8.]  The Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the putative class claims in this action.  All parties are to bear their own attorneys' fees and costs.  The Clerk of Court shall close the case.

It is **SO ORDERED**.

Dated:  April 3, 2017

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3:17-cv-0368-CAB-(MBB)